UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CASE NO. 3:23-CV-456-S-BK |
| | § | |
| $25,000 IN U.S. CURRENCY, | § | |
| DEFENDANT *IN REM*. | | |

ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's motion, Doc. 10, is **GRANTED**.

**SO ORDERED** this 11th day of June, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE